*John P. McGrath, Corporation Counsel* (*Robert E. Hugh* and *Seymour B. Quel* of counsel), for appellants.

*George Langberg* for respondent.

Orders affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: BROMLEY, J.

In the Matter of the Claim of ANNA WESTBROOK, Respondent, against SOUTHSIDE SPORTSMEN'S CLUB OF LONG ISLAND et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued June 2, 1949; decided July 19, 1949.

*Urban S. Mulvehill* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.